```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JOHN P. ROYSTER, SR.,                 :
                                      :
              Plaintiff,              :         05 Civ. 6635 (JSR)
                                      :
         -v-                          :         ORDER
                                      :
ELIOT SPITZER, et al.                 :
                                      :
              Defendants.             :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

On March 29, 2011, the Honorable Lisa Margaret Smith, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that plaintiff's three motions for injunctive relief be denied.

Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to review by this Court. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, denies plaintiff's motions for injunctive relief.

The Clerk of the Court is hereby directed to close document numbers 155 and 156 on the docket of the case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       May 21, 2011